IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PETER D. GOODWIN and<br>JOHAH GOODWIN | * | |
| Plaintiff | * | |
| | | Civil Action No.: S-02-2421 |
| v. | * | |
| GARRETT R. CATALANO | * | |
| Defendant | | |
| | ***** | |

**ORDER**

The court file reflecting that service of process has been effected upon the above named defendant and that defendant has not yet filed any response to the Complaint, it is, this 22nd day of November, 2002,

ORDERED that plaintiff(s) file and serve by mail on the above named defendant a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate, within fourteen (14) days of this order.

                                              Frederic N. Smalkin, Chief Judge
                                              United States District Court