IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PETER D. GOODWIN, et al. | * | |
| Plaintiffs | * | |
| | | CIVIL ACTION |
| v. | * | |
| | | NO. S02-2421 |
| GARRETT R. CATALANO | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER OF DEFAULT JUDGMENT**

Upon consideration of Plaintiffs' Request to Enter Default, Notation of Default, Motion for Default Judgment and the Affidavit in Support of Damages, and any opposition thereto, it is hereby on this 19th day of December, 2002 by the United States District Court for the District of Maryland,

ORDERED, that Plaintiff's Motion for Default Judgment is GRANTED for want of answer or other defense by Defendant, Garrett R. Catalano, and

ORDERED, that a default judgment is hereby entered in favor of the Plaintiffs, Peter D. Goodwin and Johah Goodwin and against Defendant, Garrett R. Catalano, in the amount of $88,138.40.

_____
The Honorable Frederic N. Smalkin,
Judge, United States District Court for the
District of Maryland

130618 v. (09491.00001)